AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Travis D. Bennett, Troy E. Patterson,<br>and Travis D. Harvey<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:16-mj- 175<br>)<br>)<br>) |

F I L E D
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 13, 2016__ in the county of _____ in the
__Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a)(1) | Interstate Kidnapping of a Minor |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Heather L. Hart

_____
Complainant's signature

Melvin Gonzalez
_____
*Printed name and title*
Special Agent, Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: __July 11, 2016__

/S/
David J. Novak
United States Magistrate Judge
_____
*Judge's signature*

City and state: __Richmond, Virginia__

David J. Novak, United States Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | |
|---|---|
| VS | Case No. 3.16 MJ 175 |
| TRAVIS DEON BENNETT, TRAVIS DONELL HARVEY and TROY ELMORE PATTERSON | |

**AFFIDAVIT IN SUPPORT OF CRIMAL COMPLAINT**

I, Melvin Gonzalez, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed by the FBI for over ten years. I am currently assigned to the Richmond Field Office, Richmond, VA. I am assigned to the Child Exploitation Task Force which conducts investigations pertaining to child sex trafficking, child pornography and child abductions. I have received training from the FBI in the areas of child exploitation. I was previously assigned for three years to the San Juan Field Office, where I investigated violations of violent crimes, gangs and drug trafficking investigations. During my career in law enforcement, I have received extensive training in the conduct of a variety of investigations including drug investigations, organized crime, violent crime, white collar crime, and others. In my experience, I have participated in a wide range of investigations. That experience has included receiving and analyzing information, conducting interviews, collecting and processing physical evidence, and preparing evidence for trial.

2. In the course of my employment as a sworn law-enforcement officer, I have participated

1

in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of state and federal laws, including various sections of Title 18, United States Code §§ 2251, 2252, 2252A, 1591, and 1201 involving child exploitation offenses and kidnapping.

3. The information contained herein was learned by me or provided to me by other law enforcement officers participating in this investigation.

4. Based on my knowledge of this investigation I have probable cause to believe that on or about June 13, 2016, TRAVIS DEON BENNETT, TRAVIS DONELL HARVEY and TROY ELMORE PATTERSON did violate 18 U.S.C. § 1201(a)(1) (Interstate Kidnapping of a Child).

5. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

## PROBABLE CAUSE

6. On 06/13/2016, Colonial Heights Police Department (CHPD), Colonial Heights, Virginia, contacted the Richmond FBI Office and requested assistance regarding a child abduction. According to the information provided by CHPD, at approximately 8:56 p.m., a 7-year-old female child (hereinafter "Minor Victim") was abducted from her apartment in Colonial Heights, Virginia.

7. Travis Deon Bennett (BENNETT) and two associates identified as Travis Donell Harvey (HARVEY) and Troy Elmore Patterson (PATTERSON), arrived at Minor Victim's home in an

apartment building in Colonial Heights, Virginia and wanted Minor Victim's mother (Witness One) to leave with them. Witness One refused to leave; therefore, BENNETT threatened to take Witness One and Minor Victim by force. BENNETT, HARVEY and PATTERSON are not family members of Minor Victim. During the encounter, BENNETT reportedly made comments that he intended to "do them both" and instructed HARVEY and PATTERSON to search for a knife in the kitchen.

8. Witness One had a physical altercation with BENNETT. BENNETT instructed PATTERSON to grab Minor Victim and put her in the 2002 Nissan Altima, bearing NC Plate ADE8609, VIN:1N4AL11D42C140806 (SUBJECT VEHICLE). HARVEY was the driver of the SUBJECT VEHICLE. BENNETT, HARVEY and PATTERSON fled the scene taking Minor Victim by force with them.

9. The subjects also took Witness One's phone and other belongings from the residence. Witness One suffered injuries from the physical altercation. According to medical examination, Witness One displayed several lacerations to her back and shoulders caused by her being dragged. Witness One also suffered from neck pain and stiffness caused by BENNETT by strangulation.

10. CHPD determined the subjects were heading south towards North Carolina. CHPD requested assistance from the North Carolina State Police and Weldon County Police Department who located the vehicle and Minor Victim, at 810 Elm Street, Weldon, North Carolina.

11. According to Weldon Police Department, PATTERSON was still in the SUBJECT VEHICLE with Minor Victim. Minor Victim was located crying in the back seat of the SUBJECT VEHICLE. PATTERSON was placed into custody. Agents later approached the

3

residence and placed BENNETT into custody. HARVEY was not located at that moment. All three subjects were charged with state abduction charges by the State. On 06/14/2016, HARVEY was taken into custody in Roanoke Rapids, NC.

12. On 06/22/2016, BENNETT provided the following information. BENNETT advised that he was previously dating Witness One and visited the house on 06/13/2016. BENNETT, HARVEY and PATTERSON arrived at Witness One's residence. BENNETT wanted Witness One and Minor Victim to go with them to North Carolina. BENNETT pushed the door and forced their entry. BENNETT grabbed Witness One by the neck and forced her to the ground. BENNETT physically assaulted Witness One and chocked her. BENNETT also threatened Witness One that he would kill her and have HARVEY and PATTERSON sexually assault her. BENNETT asked HARVEY to get a knife which he did. BENNETT used the knife to threaten Witness One. These events took place in presence of Minor Victim. Minor Victim begged BENNETT not to injure Witness One. BENNETT also instructed HARVEY to get Witness One's phone. PATTTERSON collected Witness One's TV. BENNETT forced Witness One out the apartment and attempted to force her into car by dragging her by feet.

13. BENNETT advised that Minor Victim entered vehicle and sat in back seat ~~sit~~ with him. [handwritten: seat MG] PATTERSON was the driver and HARVEY sat in the front passenger side. BENNETT recalls receiving calls from a police department Dispatcher on Witness One's phone.

14. On 06/22/2016, HARVEY was interviewed and corroborated the majority of BENNETT's statements. HARVEY admitted to his participation in the abduction and interstate transportation of Minor Victim. HARVEY advised that BENNETT placed Minor Victim in SUBJECT VEHICLE. HARVEY understood that BENNETT was going to cause physical

4

injuries to Witness One with a knife. Minor Victim begged for her life and her mom's life. Minor Victim asked BENNETT to hurt her and not her mother.

15. On 07/01/2016, PATTERSON was interviewed and corroborated BENNETT's and HARVEY's statements. PATTERSON also admitted to his participation in the abduction and interstate transportation of Minor Victim.

5

## **CONCLUSION**

16. Based on the foregoing, BENNETT, HARVEY and PATTERSON abducted Minor Victim, who has not attained the age of eighteen and transported her across State boundaries. BENNETT, HARVEY and PATTERSON committed such crime by threat, causing injuries to Witness One. There is probable cause to believe that the federal criminal statute cited herein has been violated. I respectfully request that this Court issues arrest warrant for BENNETT, HARVEY and PATTERSON based on the facts of this affidavit.

_____
Melvin Gonzalez
Special Agent
FBI Child Exploitation Task Force
Federal Bureau of Investigation

Sworn to me this 11th day of July, 2016

_____/S/_____
David J. Novak
United States Magistrate Judge

David J. Novak
United States Magistrate Judge

6