IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
AUG - 2 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:16-CR-094 |
| ) | |
| TRAVIS D. BENNETT, ) | |
| ) | 18 U.S.C. §§ 1201(a)(1), 1201(g)(1) and 2 |
| TROY E. PATTERSON, ) | Interstate Kidnapping of a Child and Aiding |
| ) | and Abetting |
| *and* ) | |
| ) | |
| TRAVIS D. HARVEY, ) | |
| ) | |
| *Defendants.* ) | |

## INDICTMENT

August 2016 TERM–Richmond, Virginia

### COUNT ONE
### (Interstate Kidnapping of a Child and Aiding and Abetting)

On or about June 13, 2016, in the Eastern District of Virginia and within the jurisdiction of this Court, defendants, TRAVIS D. BENNETT, TROY E. PATTERSON, and TRAVIS D. HARVEY, aided and abetted by each other, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom, reward, and otherwise a person: to wit, a minor child under 18 years of age identified herein as "K.H." and defendants were not a parent, grandparent, brother, sister, aunt, uncle, and did not have legal custody of the victim; and, in committing and in furtherance of the commission of the offense, did willfully transport that minor in interstate and foreign commerce from Virginia to North Carolina.

(In violation of Title 18, United States Code, Sections 1201(a)(1), 1201(g)(1) and 2.)

A TRUE BILL:  Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Heather L. Hart
Assistant United States Attorney

2